# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13111

_____

ALABAMA STATE CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF ALABAMA,
LEAGUE OF WOMEN VOTERS OF ALABAMA
EDUCATION FUND,
GREATER BIRMINGHAM MINISTRIES,
ALABAMA DISABILITIES ADVOCACY PROGRAM,

                                        Plaintiffs-Appellees,

*versus*

ATTORNEY GENERAL, STATE OF ALABAMA,

                                        Defendant-Appellant,

WILLIAM R. ADAIR, et al.,

                                        Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-00420-RDP

_____

Before JORDAN, JILL PRYOR, and BRASHER, Circuit Judges.

PER CURIAM:

The appellant's emergency motion for a stay of the district court's limited preliminary injunction is denied. Because the appellant has requested a ruling by today, our order is summary in nature. We conclude that the appellant has not made a strong showing that he is likely to succeed on the merits, the appellant (and thereby the state) will not be irreparably harmed if a stay is denied, the issuance of a stay would injure the plaintiffs (and other Section 208 voters), and the public interest does not weigh in favor of a stay. *See, e.g., Robinson v. Attorney General*, 957 F.3d 1171, 1176–77 (11th Cir. 2020) (setting out the standard for reviewing a motion for a stay of a preliminary injunction).

The motion of Arkansas, Florida, Louisiana, and Texas for leave to file an *amicus curiae* brief in support of the motion for a stay is granted.