No. 24-13111

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*,

Plaintiffs-Appellees

v.

ATTORNEY GENERAL, STATE OF ALABAMA,

Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

        KATHLEEN P. WOLFE
         Deputy Assistant
         Attorney General

        ERIN H. FLYNN
        BRANT S. LEVINE
         Attorneys
         Department of Justice
         Civil Rights Division
         Appellate Section
         Ben Franklin Station
         P.O. Box 14403
         Washington, D.C. 20044-4403
         (202) 514-5361

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for the United States as Appellee hereby certifies that other than the persons and entities previously identified in the briefs filed in this matter, the following person may have an interest in the outcome of this case:

Wolfe, Kathleen, U.S. Department of Justice, Civil Rights Division, counsel for the United States.

s/ Erin H. Flynn  
ERIN H. FLYNN  
  Attorney

Date:  February 20, 2025

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw as counsel of record in the above-captioned case. Effective February 21, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by Brant S. Levine.

                               Respectfully submitted,

                               KATHLEEN P. WOLFE
                                Deputy Assistant
                                Attorney General

                             <u>s/ Erin H. Flynn</u>
                             ERIN H. FLYNN
                             BRANT S. LEVINE
                               Attorneys
                               Department of Justice
                               Civil Rights Division
                               Appellate Section
                               Ben Franklin Station
                               P.O. Box 14403
                               Washington, D.C.  20044-4403
                               (202) 514-5361

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 51 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

s/ Erin H. Flynn  
ERIN H. FLYNN  
 Attorney

Date:  February 20, 2025