# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13111

_____

ALABAMA STATE CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF ALABAMA,
LEAGUE OF WOMEN VOTERS OF ALABAMA
EDUCATION FUND,
GREATER BIRMINGHAM MINISTRIES,
ALABAMA DISABILITIES ADVOCACY PROGRAM,

              *Plaintiffs-Appellees,*

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

              *Defendant-Appellant,*

WILLIAM R. ADAIR, et al.,

              *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-00420-RDP

_____

ORDER:

Attorney Nicholas Steiner has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Nicholas Steiner is GRANTED leave to appear in this appeal.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE