# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13111

_____

ALABAMA STATE CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF ALABAMA,
LEAGUE OF WOMEN VOTERS OF ALABAMA
EDUCATION FUND,
GREATER BIRMINGHAM MINISTRIES,
ALABAMA DISABILITIES ADVOCACY PROGRAM,

                                  *Plaintiffs-Appellees,*

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

                                  *Defendant-Appellant,*

WILLIAM R. ADAIR, et al.,

                                  *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-00420-RDP

_____

ORDER:

The motion to withdraw as counsel filed by Edmund LaCour is GRANTED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION